

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2021

No. 04-21-00072-CR

Christian William **PFISTER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-20-0273
Honorable Frank Follis, Judge Presiding

# O R D E R

The trial court's certification in this appeal states that this criminal case, "is a plea-bargain case and the defendant has NO right to appeal." Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "The appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). It is therefore ORDERED that this appeal will be dismissed pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure unless appellant causes an amended trial court certification to be filed within thirty days from the date of this order, showing appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*,110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.). All other appellate deadlines are SUSPENDED pending our resolution of the certification issue.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court